# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Joshua Ryan Van Laan**               Case No.   **18-50526**

                                  Debtor(s)          Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 13, 2018**, a copy of **Debtor's Schedules A-J, Summary of Schedules, Attorney Compensation 2016(b) statement, Statement of Financial Affairs and Summary of Assets and Liabilities** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **Acs/bank Of America** |
| **Acs/bank Of America** |
| **Acs/bank Of America** |
| **Acs/bank Of America** |
| **Aes/pnc Bank** |
| **Aes/pnc Bank** |
| **Amex** |
| **Amex** |
| **Avant** |
| **Avant** |
| **Bank of America** |
| **Bank of America** |
| **Bank Of America** |
| **Bank Of America** |
| **Bank Of America** |
| **Bank Of America** |
| **Bank of America** |
| **Bank of America** |
| **Bank of America** |
| **Bank of America** |
| **Barclays Bank Delaware** |
| **Barclays Bank Delaware** |
| **Capital One** |
| **Capital One** |
| **Capital One** |
| **Capital One** |
| **Cavalry Portfolio Services** |
| **Cavalry Portfolio Services** |
| **Chase Auto Finance** |
| **Chase Auto Finance** |
| **Chase Card Services** |
| **Chase Card Services** |
| **Chase Card Services** |
| **Chase Card Services** |
| **Chase Card Services** |
| **Chase Card Services** |
| **Citibank** |
| **Citibank** |
| **Citicards** |
| **Citicards** |
| **Conduent/us Bk Natl Brazos** |
| **Conduent/us Bk Natl Brazos** |
| **Credit One Bank** |
| **Credit One Bank** |
| **Credit One Bank** |
| **Credit One Bank** |
| **Dept of Ed / 582 / Nelnet** |
| **Dept of Ed / 582 / Nelnet** |

**Dept of Ed / 582 / Nelnet**
**Dept of Ed / 582 / Nelnet**
**Discover Financial**
**Discover Financial**
**Discover Student Loans**
**Discover Student Loans**
**Discover Student Loans**
**Discover Student Loans**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**Edfinancial/ed America**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**Genesis Bc/celtic Bank**
**Genesis Bc/celtic Bank**
**Kohls/Capital One**
**Kohls/Capital One**
**Mhesla/glelsi**
**Mhsla/glelsi**
**Midland Funding**
**Midland Funding**
**Mike & Katie Rose**
**NCB Management Services**
**NCB Management Services**
**Pennymac Loan Services**
**Pennymac Loan Services**
**Portfolio Recovery**
**Portfolio Recovery**
**Primeway Fcu**
**Primeway Fcu**
**Synchrony Bank/PayPal Cr**
**Synchrony Bank/PayPal Cr**
**Td Auto Finance**
**US Bank/RMS CC**
**US Bank/RMS CC**
**Us Dept Of Ed/glelsi**
**Us Dept Of Ed/glelsi**
**Us Dept Of Ed/glelsi**
**Us Dept Of Ed/glelsi**
**Us Dept Of Ed/glelsi**
**Us Dept Of Ed/glelsi**
**US Dept of Education**
**US Dept of Education**
**US Dept of Education**
**US Dept of Education**
**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Dept of Education**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**US Deptartment of Education/Great Lakes**

**Usaa Federal Savings Bank**

**Usaa Federal Savings Bank**

**USAA Federal Savings Bank**

**USAA Federal Savings Bank**

**USAA Federal Savings Bank**

**USAA Federal Savings Bank**

**Usaa Federal Savings Bank**

**Usaa Federal Savings Bank**

**Usaa Federal Savings Bank**

**Usaa Federal Savings Bank**

**Verizon Wireless**

**Verizon Wireless**

**/s/ Hugh Robert Pierce**

**Hugh Robert Pierce P30488**
**Hugh Robert Pierce, P.C.**
**25600 Woodward Ave., Ste. 216**
**Royal Oak, MI 48067**
**248-398-5000**
**attorneypierce@sbcglobal.net**